### VAUGHN v. FERRALL.

From the LaGrange Circuit Court.

J. B. Wade and C. W. Wade, for appellant.

J. D. Ferrall, for appellee.

PETTIT, C. J.—There is no error assigned on the transcript as required by sec. 568, 2 G. & H. 275. Apple v. Atkinson, 34 Ind. 518.

The appeal is dismissed, at the costs of the appellant.